**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi

Appellate case number:    01-18-00425-CV

Trial court case number:   13-DCV-206211

Trial court:                       505th District Court of Fort Bend County

On May 25, 2018, appellant, Hani Hafiz Ibrahim Qutiefan, filed a pro se notice of appeal from the February 28, 2018 final decree of divorce after moving for a new trial. *See* TEX. R. APP. P. 26.1(a)(1). The clerk's record was filed on June 5, 2018, which includes appellant's November 9, 2017 Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), but no trial court's order overruling this Statement. Then on July 3, 2018, a supplemental clerk's record was filed including the trial court's June 25, 2018 order finding appellant indigent and appointing Jetty Abraham as his counsel. The court reporter's July 13, 2018 info sheet states that there was a reporter's record taken, but that it had not been filed due to lack of request and payment by appellant.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by an order, appellant is not required to pay costs. *See id.* 20.1(b)(1); TEX. R. CIV. P. 145(a), (f)(1).

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the filing, clerk's, and reporter's record fees, and to **add Jetty Abraham** as his counsel. The Court **ORDERS Sheryl E. Stapp** to file the reporter's record **within 30 days** of the date of this Order.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually    ☐ Acting for the Court

Date: August 21, 2018